STATE v. STRANGE

No. 481P02

Case below: 151 N.C. App. 751

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

STATE v. STREETER

No. 651P01

Case below: 146 N.C. App. 594

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002.

STATE v. VALENTINE

No. 274P02

Case below: 149 N.C. App. 979

Notice of appeal by defendant pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 3 October 2002. Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

STATE v. WALTERS

No. 542P01

Case below: 145 N.C. App. 505

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 October 3 October 2002.

STATE v. WILLIAMS

No. 521PA02

Case below: 153 N.C. App. 192

Motion by Attorney General for temporary stay allowed 3 October 2002 pending petition for discretionary review.